Entered on Docket
June 07, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: June 07, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PETER CARSON CLARK,<br><br>                  Debtor.   /<br><br>LOUISE H. CLARK, individually and LOUISE H. CLARK and STEVE CLARK, as trustees of the CLARK FAMILY TRUST, JOHNSON CLARK and LOUISE H. CLARK PARTNERSHIP, LA PLAYA APARTMENTS, L.P.,<br><br>                Plaintiff,<br>vs.<br><br>PETER CARSON CLARK,<br><br>                Defendant. / | Case No. 10-41422 J<br>Adv. No. 10-4377 AJ |

MEMORANDUM RE PLAINTIFFS' REQUEST FOR DEFAULT JUDGMENT

After review of the various Declarations submitted by plaintiffs in support of their request for entry of a default judgment herein, the court has concluded that entry of a non-dischargeable default judgment herein in the amounts set forth in the Notice of Hearing re Entry of Default Judgment, filed herein

MEMORANDUM

May 27, 2011, is appropriate.  The court requests counsel for
plaintiffs to submit a proposed form of default judgment within 10
days.

                          **END OF ORDER**

MEMORANDUM                               2

COURT SERVICE LIST

Elizabeth Berke Dreyfuss, Esq.
Wendel, Rosen, Black & Dean
P.O. Box 2047
Oakland, CA 94604-2047

Peter C. Clark
1674 Pleasant Hill Road #A
Pleasant Hill, CA 94523

MEMORANDUM                                      3